IN THE UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARTLEY M. MULLEN, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DINE BRANDS GLOBAL, INC.;<br>APPLEBEE'S INTERNATIONAL, INC.;<br>APPLEBEE'S RESTAURANTS LLC; and<br>APPLEBEE'S FRANCHISOR LLC,<br><br>Defendants. | Case No. 2:19-cv-00198-MJH |

**ORDER DISMISSING ACTION WITH PREJUDICE**

AND NOW this  31st  day of October, 2019, upon consideration of the parties' Stipulation of Dismissal pursuant to Fed, R. Civ. P. 41(a)(1)(A) and Rule 23(e) and in accordance with the parties' Stipulation of Dismissal, it is HEREBY ORDERED as follows:

1. The above-captioned action is dismissed with prejudice as to Plaintiff Bartley M. Mullen, Jr.'s individual claims, including all claims that were brought or could have been brought by Plaintiff, with each Party to bear his or its own attorney's fees and costs.

2. The above-captioned action is dismissed without prejudice as to the claims of the putative class members.

3. The Clerk shall mark this case as CLOSED.

_____
U.S. District Judge Marilyn J. Horan